CAROL RICKLES, Appellant, v MICHAEL RICKLES, Respondent.

Submitted November 28, 2011; decided January 10, 2012

Reported below, 88 AD3d 780.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SUNRISE HARBOR REALTY, LLC, Appellant, v 35TH SUNRISE CORP., Respondent, et al., Defendants. (And a Third-Party Action.)

Submitted November 28, 2011; decided January 10, 2012

Reported below, 86 AD3d 562.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.